NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**LEO PHARMACEUTICAL PRODUCTS, LTD.,**
*Appellant,*

**v.**

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee.*

_____

2012-1520
(Reexamination No. 95/000,153)

_____

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

_____

**ON MOTION**

_____

Before LINN, *Circuit Judge.*

**O R D E R**

Leo Pharmaceutical Products, Ltd. moves to expedite oral argument. Leo Pharmaceutical also moves to supplement the record. The Director of the United States Patent and Trademark Office opposes. Leo Pharmaceutical replies.

LEO PHARMACEUTICAL PRODUCTS v. KAPPOS                    2

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to expedite is granted to the extent that the case will be placed on the March 2013 oral argument calendar.

(2) The motion to supplement the record is deferred for consideration by the merits panel.  Copies of this order, the motion, response, and reply shall be transmitted to the merits panel.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s8